IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS CERAUL,

    *Petitioner,*

v.

ROBERT GILMORE, *et. al.*,

    *Respondents.*

CIVIL ACTION
NO. 17-3486

## ORDER

**AND NOW**, this 25th day of February, 2019, upon thorough review of Petitioner's *pro se* Petition for a Writ of *Habeas Corpus* (ECF No. 1), the state court record, United States Magistrate Judge Marilyn Heffley's Second Report and Recommendation (ECF No. 21), Petitioner's objections (ECF No. 29), Petitioner's Motion for Appointment of Counsel (ECF No. 17) and Petitioner's Motion for Appointment of Counsel, Investigator and Medical Expert (ECF No. 28), it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED** and Magistrate Judge Heffley's Second Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's Motion for Appointment of Counsel is **DENIED**;

3. Petitioner's Motion for Appointment of Counsel, Investigator and Medical Expert is **DENIED**;

4. Petitioner's *pro se* Petition for a Writ of *Habeas Corpus* is **DENIED** and **DISMISSED with prejudice**;

1

5. No certificate of appealability shall issue;[1] and

6. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] No reasonable jurist would disagree with the Court's disposition of Petitioner's claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).